**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------

| | | |
|---|---|---|
| SKY MANAGEMENT CORP., | ) | Civil Action No.: 15-cv-7588 |
| a New York corporation, individually and as the | ) | |
| representative of a class of similarly situated persons, | ) | |
| | ) | |
| Plaintiff, | ) | **NOTICE OF** |
| | ) | **VOLUNTARY DISMISSAL** |
| v. | ) | **PURSUANT TO** |
| | ) | **F.R.C.P. 41(a)(1)(A)(i)** |
| BEACON CAPITAL FUNDING, PAUL HUGHES, | ) | |
| AND JOHN DOES 1-100, | ) | |
| | ) | |
| Defendants. | ) | |

-----------------------------------------------------------------

Plaintiff, SKY MANAGEMENT CORP., pursuant to Federal Rule of Civil Procedure

41(a)(1)(A)(i), hereby gives notice that the above-captioned action is voluntarily dismissed,

without prejudice, against the defendants.

Dated:   White Plains, New York
         November 16, 2015

                    DENLEA & CARTON LLP


                    /s/ Jeffrey I. Carton
                    Jeffrey I. Carton (JC8296)
                    Myles K. Bartley (MB8431)
                    2 Westchester Park Drive, Suite 410
                    White Plains, New York 10604
                    Tel.: (914) 331-0100
                    Fax: (914) 331-0105
                    jcarton@denleacarton.com
                    mbartley@denleacarton.com
                    *Attorneys for Plaintiff*